IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRA L. HOWARD<br>Plaintiff, | )<br>)<br>) |
| versus | ) CASE NO. 14-1732<br>) Sect.<br>) Jury Demand   SECT.R MAG 1 |
| SOUTHEASTERN BROADCASTING CO.,<br>ABC COMPANY, and XYZ INS.<br>Defendants. | )<br>)<br>) |

## COMPLAINT

NOW COMES Derra L. Howard, a person of the full age of majority and domiciled in Terrebonne Parish, State of Louisiana, who with respect, avers as follows:

### I. JURISDICTION AND VENUE

1. This action is commenced under the provisions of the Americans with Disabilities Act of 1990, 42 U.S.C. 12101-12213, and under the Family and Medical Leave Act.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1343, and 1367.

3. All acts of the Defendants from which Plaintiff's claims arise were carried out within the area of this District Court. The Plaintiff resides in Louisiana; the Defendants are a foreign corporation conducting business in Louisiana and a domestic entity doing business in Louisiana.

4. This action is brought under Louisiana state law, in particular La. C.C. arts. 2315, 2316, 2317 and 2320, and under Louisiana State statutes protecting against discrimination in the workplace, including La. R.S. 23:323, et seq., and 51:2231, et seq., all of which are based upon the same facts that form the basis of the Plaintiff's federal claims. Jurisdiction over these claims is proper under 28 U.S.C. § 1367.

## II. PARTIES

5. The Plaintiff, Derra L. Howard, currently resides in Terrebonne Parish, Louisiana. At all times material hereto, she was an employee of the defendant, Southeastern Broadcasting Co. (SBC), and its related company, ABC Company. She is suing for injuries suffered as a result of the acts of the Defendants, which occurred while she was employed by Defendants in Houma, Louisiana.

6. Upon information and belief, Defendant SBC, is a foreign corporation, registered to conduct business in Louisiana, and which conducts business with ABC Company, in Houma, Louisiana.

7. Upon information and belief, ABC Company is a foreign entity, conducting business in Louisiana, and is a joint venturer with SBC.

8. Upon information and belief, ABC Insurance is an insurer of ABC Company and SBC.

## III. FACTS

9. Defendants own and operate a series of radio stations throughout the southeast, as a joint venture or through a parent corporation or commonality of ownership and operations.

10. In or about November of 2013, Derra L. Howard was hired by Defendants.

11. She is epileptic and has seizures.

12. She missed work because of her seizures but offered to work later or come in other days to make up for them.

13. She was fired on July 1, 2013 and told it was because she was not dependable. Her manager said that if he had known she had seizures he would not have hired her.

## IV. CAUSES OF ACTION.

14. The ADA protects against discrimination in the workplace on account of disability. The acts of Defendants constitute discrimination against Plaintiff on account of her disability.

15. The acts of the Defendants infringed upon Plaintiff's rights to contract for employment in the same manner as any other citizen. Her employment was terminated simply because Defendant believed that she was disabled or perceived as disabled by epilepsy.

16. The FMLA protects against discrimination in the workplace on account of medical leave. The acts of Defendants constitute discrimination against Plaintiff on account of her leave.

17. Defendant Defendants has violated the provisions of Louisiana state law by failing to provide a workplace free of discrimination, for intentional infliction of emotional distress, and all other applicable state laws.

## V. INJURIES TO THe PLAINTIFF

18. Certain of the acts and conduct of the Defendants were committed willfully and with reckless disregard for Plaintiff's rights, entitling Plaintiff to an award of punitive damages.

19. As a direct and proximate result of the acts of the Defendants complained of herein, Plaintiff has suffered damages, including, emotional distress, mental anguish, loss of civil rights, loss of income, back pay and front pay.

20. All of the above acts and conduct of the Defendants constitute violations of Plaintiff's rights to be free from discrimination under 42 U.S.C. 12101-12213, and constitute violations of state law.

## VI. JURY DEMAND

21. Plaintiff asks for trial by jury of all matters to which she is entitled by law.

## VII. PRAYER

WHisEFORE, Plaintiff prays as follows:

a) for compensatory damages for Plaintiff's emotional distress, economic losses, back pay, front pay, and loss of civil rights;

b) for punitive and exemplary damages under statutory authority and under common law for the outrageous conduct of the Defendants in an amount that shall be determined according to the wealth of the Defendants;

c) for attorneys' fees and costs of suit, and for all other legal and equitable relief as this Court finds appropriate.

Respectfully submitted:

Derra L. Howard, Pro Se litigant
312 Hellier St.
Houma, LA 70563
(985)991-1858