UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DERRA L. HOWARD | CIVIL ACTION |
| VERSUS | NO. 14-1732 |
| SOUTHEASTERN BROADCASTING COMPANY | SECTION "R" |

## ORDER DISMISSING CASE

On November 21, 2014, the Court issued a notice directing plaintiff to show good cause, in writing, no later than December 5, 2014, why service of process has not been effected upon defendant Southeastern Broadcasting Company.

As of this date, the record does not reflect a response by plaintiff to the Court's show cause order.

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint is hereby DISMISSED without prejudice for failure to comply with this Court's directive.

New Orleans, Louisiana this 12th day of December, 2014.

_____
**SARAH S. VANCE**
**UNITED STATES DISTRICT JUDGE**